**SANDERS LAW GROUP**
Craig B. Sanders, Esq. (Cal Bar 284397)
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 123645

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Miller,<br><br>    Plaintiff,<br><br>v.<br><br>Mythology Entertainment, Inc., Fuqua Films, Inc. and Showtime Networks Inc.,<br><br>    Defendants. | Case No. 2:21-cv-09124-PA-AFM<br><br>ORDER GRANTING STIPULATED NOTICE OF DISMISSAL PURSUANT TO FRCP 41 (a)(1)(A)(ii) |

Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff, Gary Miller, and Defendants, Mythology Entertainment, Inc., Fuqua Films, Inc. and Showtime Networks, Inc., IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses, and attorneys' fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED

DATED: July 7, 2022

_____
Percy Anderson
United States District Judge